# Schedule A

| No. | Store Name | Seller ID |
|---|---|---|
| 1 | Guangzhouzhongchengwuyeguanliyouxiangongsi | A1V6EZ4S773CCC |
| 2 | Zhongshanshiyuanlinwujinzhipinyouxiangongsi | A3VJUIRA4TMASI |
| 3 | guangzhouzhitongcanyindian（gerenduzi） | A3116SDTTT2GMX |
| 4 | Guangdongleilongtongxingongchengyouxiangongsi | A3CI3GYPDMN6VI |
| 5 | Dongguanshidahongjingmizhizaokejiyouxiangongsi | A34OZZPXORL3ZH |
| 6 | Jingdezhenshiweimangshengtainongyeyouxiangongsi | A16RI8GV5K705G |
| 7 | hongangongyinglianguanli（guangzhou）youxiangongsi | A1RDMB4D2R65U7 |
| 8 | Guangzhouxianxiangkuaichucanyinyouxiangongsi | A5EPU1MFCPYQM |
| 9 | Guangzhouzhongxuhuanjingbaohuyouxiangongsi | AOTZ3DPGB9U7K |
| 10 | Guangzhoumeishuerkouqiangmenzhenbuyouxiangongsi | A3NMYEEEX3X5Z7 |
| 11 | 星耀汇 | A3SM1604V3CBFP |
| 12 | yinyinYIN | A3TW2595IPT8TY |
| 13 | zhongjunli168 | A18FXFMJT1II8M |
| 14 | Snghanhen | AVHDPJMJB7D86 |
| 15 | Shanghai Jiujinguang | AP7UBDLXDAPH2 |
| 16 | HUIZEFENG CROSS-BORDER (HK) LIMITED | A1IK2UQCDX8ME2 |
| 17 | ruiguang2025 | A2QADPBKIY5VK7 |
| 18 | Toict | AI7WCAYYMOREI |
| 19 | Yunzhongbaihuo | A1WRGLSNEVY6TC |
| 20 | EXDCH745 | ASTXUDYN2CIZE |
| 21 | EXDCH749 | A39194BPEGD701 |
| 22 | EXDCH906 | A2BH1N8O6M1US0 |
| 23 | EXDCH133 | A34P219WHMDY2T |

| 24 | EXDCH433 | APJ12KCTU8DC4 |
|----|----------|---------------|
| 25 | EXDCH629 | ACCM0JBELURD9 |
| 26 | EXDCH070 | AZ7YW9SERVU40 |
| 27 | EXDCH914 | AFSUD4VKUMBNN |
| 28 | EXDCH306 | A1420WKJX7NJIX |
| 29 | EXDCH236 | A3H2BZ7TJPBUU4 |
| 30 | bengbuxinrongdianzishangwuyoux iangongsi | A1FZC21L485UQD |
| 31 | LuckyPair | A1CCUCY7O3NRQZ |
| 32 | ruianshiyunmuzhuangshiyouxiang ongsi | A2T43ZUG98F5U1 |
| 33 | YUNSHANGXIAOPU | ASK7OCSFWQ043 |
| 34 | fanzhiguoDRF | A2TYMULSS76DNA |
| 35 | SAIYIJI-SHOP | A1BN67ZELWQV7M |
| 36 | CQshujuhe | A2EGI3Q7OG9DXD |
| 37 | dayudamingdianziyouxiangongsi | A2EVDZVAH09BBX |
| 38 | chengduhongtugongjianglaowuyo uxiangongsi | A2FP93T9SLM3RU |
| 39 | chuzhoushilongyinwenhuachuanm eiyouxiangongsi | A2IXC70UW2LRA2 |
| 40 | Sanlisheng | A1FIEMEE089ZHP |
| 41 | jiangxiganchangjianzhugongcheng youxiangongsi | A3FZ1GA6DS1F91 |
| 42 | henanyunzhongkewenhuachuanm eiyouxiangongsi | A1G39DO5LDCLLK |
| 43 | zongjishangmaoyouxiangnogsi | AKE2YG14FFR03 |
| 44 | yicemaoyiyouxiangongsi | AAIE01B02KG |
| 45 | OBumio Jewelry Store | A1YJHW37HJ82CL |
| 46 | li-US-FAN | A1ZB59F01SYD3R |
| 47 | HKCzyl | A24L5DYC6G8KKT |

| 48 | wangxiang453435 | A2HYOEGV4QP21E |
|----|-----------------|----------------|
| 49 | dengmao | A25WSYYMR1XCUT |
| 50 | ApexLink629 | A3A612005200GQ |
| 51 | ApexLink187 | A23B4Z4U6RQL8N |
| 52 | ApexLink704 | A2RKPP3IAAFOCJ |
| 53 | ApexLink011 | ALNAKLN1VLZUJ |
| 54 | ApexLink358 | A2N4LLOVADNAXP |
| 55 | ApexLink916 | A2QPU62XP5SAKQ |
| 56 | ApexLink273 | A16LSQO5C9PMA0 |
| 57 | ApexLink541 | ANZPUL7HOBC1X |
| 58 | ApexLink802 | A2O48OYNE0Y51M |
| 59 | ApexLink495 | AZS7VYLMIRXYJ |
| 60 | ApexLink230 | A3OJLU4F5SHHUJ |
| 61 | ApexLink781 | A2XMSOCSEEKI5Q |
| 62 | ApexLink056 | A2YIG5IOCX69KD |
| 63 | ApexLink319 | A7JVRRRC16K3Y |
| 64 | ApexLink947 | AK5LESK4LNKDA |
| 65 | ApexLink125 | A2TY2Y8VDF48 |
| 66 | ApexLink413 | A2G5RAX4L9OLGM |
| 67 | ApexLink892 | A1OX0JF36EY7HQ |
| 68 | ApexLink508 | A3AHT0Y1ZQ0TON |
| 69 | ApexLink264 | A2GN1T17O8IGMX |
| 70 | ApexLink736 | A29VW6Z6S9TRWK |
| 71 | ApexLink091 | A3VDG3CXOYWWVS |

| 72 | ApexLink385 | AH1VMR8WFNGG5 |
| 73 | ApexLink972 | AYY4A17ZOZKQ7 |
| 74 | ApexLink148 | AJI3BBHYDTI6O |
| 75 | ApexLink094 | A70V9N4B73CYY |
| 76 | ApexLink034 | A3LZ1UCUGEOH9G |
| 77 | ApexLink328 | A1YN3P1VGXYELA |
| 78 | ApexLink603 | A31SGCK4UUU0MP |
| 79 | ApexLink459 | A2KUF1BSWTZKRD |
| 80 | ApexLink827 | A24BWNE9JGO8H1 |
| 81 | ApexLink510 | A21Q8GVMKL0LGM |
| 82 | ApexLink296 | A9E74ER649SQU |
| 83 | ApexLink761 | A3S1ZBMTHP9S3X |
| 84 | ApexLink950 | AE24VZK74PD2B |
| 85 | ApexLink179 | A30F0CWDH58SGP |
| 86 | ApexLink642 | A13CRYFFJ2ZYOU |
| 87 | ApexLink486 | A78I2WR8EF0WC |
| 88 | ApexLink815 | A1AFKCJE5DTOX |
| 89 | ApexLink573 | AHQBUKRXBN7KT |
| 90 | ApexLink207 | A1GMEFD7IUR1US |
| 91 | ApexLink798 | A1OD0FJ873I763 |
| 92 | ApexLink670 | A1XG0CXUYPWEOZ |
| 93 | ApexLink061 | AU9XBWD2RXTX1 |
| 94 | ApexLink394 | A2PKVVXU3E0SOV |
| 95 | ApexLink935 | A29SF32UU28VM4 |

| 96 | ApexLink152 | A8OHUMPVBGAY7 |
| 97 | ApexLink680 | A2WRKJSDRLIA8N |
| 98 | ApexLink427 | AXO8SRJ2O8XM |
| 99 | ApexLink851 | ANGGDKTTKJ8LL |
| 100 | ApexLink539 | A2K0YAUIZ3WYQV |
| 101 | ApexLink216 | AERDEFRLMKIB0 |
| 102 | ApexLink743 | A2EGXY2CT9O1HM |
| 103 | ApexLink085 | A3ATLC96LAFG6K |
| 104 | ApexLink362 | A16LNOORNOYW3U |
| 105 | ApexLink907 | A1T8VIETAH7K2X |
| 106 | ApexLink194 | ALA8YDRAK3YDU |
| 107 | ApexLink658 | A75M5F9PT5F5V |
| 108 | ApexLink471 | A23VN7UWQI8U3J |
| 109 | ApexLink836 | A13NO70D6WDOFX |
| 110 | ApexLink520 | A1WM37OSCV2KL2 |
| 111 | ApexLink289 | A3EWEXMDUHL0CE |
| 112 | ApexLink715 | A2873XBWSHNAWI |
| 113 | ApexLink047 | A15AQ42YEVCY60 |
| 114 | ApexLink331 | A9AZXUO3XFM1F |
| 115 | ApexLink314 | A29PBRQB8JIS2I |
| 116 | ApexLink601 | A3SELHIB0XHRQQ |
| 117 | ApexLink968 | A3H6WTOAI75QTX |
| 118 | ApexLink402 | A39YG4JGT3HEBK |
| 119 | ApexLink874 | AUPHPG8VZLGTW |

| 120 | ApexLink130 | A2LA9UUHBFN22R |
|---|---|---|
| 121 | ApexLink695 | A1HPS2N7L2IKMN |
| 122 | ApexLink024 | AHAZYDWM7S0NJ |
| 123 | ApexLink081 | A2E54EWA3R7EGU |
| 124 | ApexLink569 | A1W31DYBR5XB7W |
| 125 | ApexLink223 | A3FVVI9YZW6KVX |
| 126 | ApexLink757 | A3TIJX0G6T0JYV |
| 127 | ApexLink018 | AVJGD3OKPQHYZ |
| 128 | ApexLink921 | A30GNITCL2D0OY |
| 129 | ApexLink376 | A6X9TJNEMQMTY |
| 130 | ApexLink619 | A1F30G85IQKVAF |
| 131 | ApexLink445 | A11TT8S8J6MVXA |
| 132 | ApexLink880 | AYQW1XPSAAOOL |
| 133 | ApexLink164 | A1V86CGSEY4Z1N |
| 134 | ApexLink553 | A30QEZJ7481MQA |
| 135 | ApexLink257 | A26TWLH462JQMA |
| 136 | ApexLink726 | A3R3WRVNUKFCU5 |
| 137 | ApexLink072 | A2DAOYIJ8RFFWT |
| 138 | ApexLink340 | AO629AKY4KKM6 |
| 139 | ApexLink983 | A15KC9W6MGSUO3 |
| 140 | ApexLink115 | A1DR1RGE0L6OGU |
| 141 | ApexLink667 | A2TZVSQBCVPXI6 |
| 142 | ApexLink438 | A1WR3WX6D6VW9J |
| 143 | ApexLink849 | A2B3HR6F43HT5F |

| 144 | ApexLink581 | A291HV4DCDXXL7 |
| 145 | ApexLink242 | A3MFUGZM9WX18R |
| 146 | ApexLink770 | A27AY684K51LYK |
| 147 | ApexLink029 | A3VUSZ00BWH5VE |
| 148 | ApexLink306 | A14O2GUPYUX4M1 |
| 149 | ApexLink994 | A2RMV3LJJ59QVP |
| 150 | ApexLink108 | A2N0OYF477WSZE |
| 151 | ApexLink014 | A3JUOJPYEHV2KF |
| 152 | ApexLink184 | A19GPPI4W1V61F |
| 153 | ApexLink058 | A1Z23KC93SPWFS |